UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHANNON MCCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:23-cv-00027 |
| | ) |
| JAGMEET BENIPAL, | ) |
| AMRIT SINGH and | ) |
| SSD EXPRESS, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 7). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE